IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHELLE TERRY,

    Plaintiff,

v.                                                    No. 20-cv-0769 DHU/SMV

UNITED COLLECTION BUREAU, INC.,

    Defendant.

**ORDER SETTING
TELEPHONIC STATUS CONFERENCE**

**Date and time:**    June 1, 2022, at 1:30 p.m. MDT

**Matter to be heard:**  The Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **June 1, 2022, at 1:30 p.m. MDT.** Plaintiff and defense counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel and parties read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) before the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**